**DAVID H. ANGELI**, OSB No. 020244
 david@angelilaw.com
**KRISTEN L. TRANETZKI**, OSB. No. 115730
 kristen@angelilaw.com
Angeli Ungar Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR  97204
Telephone:  (503) 954-2232
Facsimile:  (503) 227-0880

**COURTNEY W. ANGELI**, OSB No. 941765
 courtney@baaslaw.com
**KRISTINE M. LAMBERT**, OSB No. 010684
 kristine@baaslaw.com
Buchanan Angeli Altschul & Sullivan LLP
321 SW 4th Avenue, Suite 600
Portland, OR  97204
Telephone:  (503) 974-5015
Facsimile:  (971) 230-0337

Attorneys for Plaintiff John Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN DOE**, | Case No.: 3:15-cv-00617-MO |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| **THE REED INSTITUTE (aka, Reed College)** and **JANE ROE**, | |
| Defendants. | |

PAGE 1 – NOTICE OF APPEARANCE

Notice is hereby given that Kristen L. Tranetzki of the Angeli Ungar Law Group, LLC is appearing as counsel for plaintiff John Doe in the above-captioned action.

DATED:  April 14, 2015.

> Respectfully submitted,
>
> s/ *Kristen L. Tranetzki*
> KRISTEN L. TRANETZKI, OSB. No. 115730
> (503) 954-2232
> Attorneys for Plaintiff John Doe