AO-WAWD 440 (Rev. 01/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| JOHN DOE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:15-cv-00617-MO |
| THE REED INSTITUTE  and JANE ROE | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* The Reed Institute
John Kroger, As Officer and Representative of The Reed Institute
c/o Paula A Barran
Barran Liebman LLP
601 SW 2nd Ave Ste 2300, Portland OR  97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Courtney Angeli
Buchanan Angeli Altschul & Sullivan LLP
321 SW Fourth Ave., Suite 600
Portland, OR 97204
courtney@baaslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **04/17/2015**

By: *s/Sutawnee Sellers, Deputy Clerk*

AO-WAWD 440 (Rev. 01/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | ) | |
|---|---|---|
| JOHN DOE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:15-cv-00617-MO |
| THE REED INSTITUTE and JANE ROE | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jane Roe
c/o Bonnie Richardson
Folawn Alterman & Richardson
805 SW Broadway, Ste. 2750 Portland, OR 97205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Courtney Angeli
Buchanan Angeli Altschul & Sullivan LLP
321 SW Fourth Ave., Suite 600
Portland, OR 97204
courtney@baaslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **04/17/2015**

**By: s/Sutawnee Sellers, Deputy Clerk**