**DAVID H. ANGELI**, OSB No. 020244
  david@angelilaw.com
**KRISTEN L. TRANETZKI**, OSB. No. 115730
  kristen@angelilaw.com
Angeli Ungar Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR  97204
Telephone:  (503) 954-2232
Facsimile:  (503) 227-0880

**COURTNEY W. ANGELI**, OSB No. 941765
  courtney@baaslaw.com
**ROBIN BOWERFIND**, OSB No. 035949
  robin@baaslaw.com
Buchanan Angeli Altschul & Sullivan LLP
321 SW 4th Avenue, Suite 600
Portland, OR  97204
Telephone:  (503) 974-5015
Facsimile:  (971) 230-0337

Attorneys for Plaintiff John Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN DOE**, | Case No.: 3:15-cv-00617-MO |
| Plaintiff, | **PLAINTIFF'S MOTION TO SEAL DOCUMENTS** |
| v. | |
| **THE REED INSTITUTE (aka, Reed College)** and **JANE ROE**, | |
| Defendants. | |

PAGE 1 – PLAINTIFF'S MOTION TO SEAL DOCUMENTS

## **MOTION**

Pursuant to the Court's Stipulated Protective Order, dated September 2, 2015 (ECF No. 49) and pursuant Local Rule 3-8, plaintiff John Doe respectfully moves for entry of an order granting leave to file under seal Plaintiff's Motion to Compel Production of Documents and Supporting Memorandum ("Motion to Compel") and the accompanying Declaration of David H. Angeli In Support of Plaintiff's Motion to Compel ("Angeli Declaration"), as well as the attached exhibits, which are submitted to the Court for in camera review.  In support of the motion, counsel for plaintiff states as follows:

Portions of Plaintiff's Motion to Compel and the exhibits attached to the Angeli Declaration contain or make reference to materials produced as "confidential" pursuant to the parties' Stipulated Protective Order (ECF No. 49).  Accordingly, plaintiff submits Plaintiff's Motion to Compel and the exhibits attached to the Angeli Declaration to be filed under seal, as required by Paragraph 4 of the Stipulated Protective Order.

A proposed order to file documents under seal is being submitted concurrently herewith.

DATED:  March 15, 2016

                ANGELI UNGAR LAW GROUP LLC

                By:    s/ David H. Angeli
                         David H. Angeli, OSB #020244
                         Kristen L. Tranetzki, OSB #115730
                         Telephone: (503) 954-2232

                         BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP
                         Courtney W. Angeli, OSB #941765
                         Robin Bowerfind, OSB #035949
                         Telephone: (503) 974-5015