**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**KRISTEN L. TRANETZKI**, OSB No. 115730
kristen@angelilaw.com
Angeli Ungar Law Group LLC
121 SW Morrison Street, Ste. 400
Portland, OR  97204
Telephone:  (503) 954-2232
Facsimile:  (503) 227-0800

**COURTNEY W. ANGELI**, OSB No. 941765
Courtney@baaslaw.com
**ROBIN BOWERFIND**, OSB No. 035949
robin@baaslaw.com
Buchanan Angeli Altschul & Sullivan LLP
321 SW 4th Avenue, Ste. 600
Portland, OR  97204
Telephone:  (503) 974-5015
Facsimile:  (971) 230-0337

Attorneys for Plaintiff John Doe

**PAULA A. BARRAN,** OSB No. 803974
pbarran@barran.com
**RICHARD C. HUNT**, OSB No. 680770
rhunt@barran.com
**DAMIEN T. MUNSINGER**, OSB No. 124022
dmunsinger@barran.com
Barran Liebman LLP
601 SW Second Avenue
Suite 2300
Portland, Oregon  97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212

Attorneys for Defendant The Reed Institute

**BONNIE RICHARDSON**, OSB No. 983331
bonnie@FARlawfirm.com
Folawn Alterman & Richardson LLP
805 SW Broadway, Ste. 470
Portland, OR  97205
Telephone:  (503) 517-8200
Facsimile:  (503) 217-8204

Attorneys for Defendant Jane Roe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JOHN DOE**,

              Plaintiff,

v.

**THE REED INSTITUTE** (aka, Reed College) and **JANE ROE**,

              Defendants.

Case No. 3:15-cv-00617-MO

**STIPULATED MOTION FOR JUDGMENT OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties move the Court for dismissal of the above-referenced case with prejudice and without costs or fees to any party.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

PAGE 2 – STIPULATED MOTION FOR JUDGMENT OF DISMISSAL WITH PREJUDICE

DATED this 17th day of May, 2016.

STIPULATED TO AND PRESENTED BY:

| ANGELI UNGAR LAW GROUP LLC | BARRAN LIEBMAN LLP |
|---|---|
| By: s/David H. Angeli<br>David H. Angeli, OSB No. 020244<br>david@angelilaw.com<br>Kristen L. Tranetzki, OSB No. 115730<br>kristen@angelilaw.com<br><br>Of Attorneys for Plaintiff | By: s/Paula A. Barran<br>Paula A. Barran, OSB No. 803974<br>pbarran@barran.com<br>Richard C. Hunt, OSB No. 680770<br>rhunt@barran.com<br>Damien T. Munsinger, OSB No. 124022<br>dmunsinger@barran.com<br><br>Of Attorneys for Defendant The Reed Institute |
| BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP | FOLAWN ALTERMAN & RICHARDSON LLP |
| By: s/Courtney W. Angeli<br>Courtney W. Angeli, OSB No. 941765<br>Courtney@baaslaw.com<br>Robin Bowerfind, OSB No. 035949<br>robin@baaslaw.com<br><br>Of Attorneys for Plaintiff | By: s/Bonnie Richardson<br>Bonnie Richardson, OSB No. 983331<br>bonnie@FARlawfirm.com<br><br>Of Attorneys for Defendant Jane Roe |