**DAVID H. ANGELI**, OSB No. 020244
 david@angelilaw.com
**KRISTEN L. TRANETZKI**, OSB. No. 115730
 kristen@angelilaw.com
Angeli Ungar Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR  97204
Telephone:  (503) 954-2232
Facsimile:  (503) 227-0880

**COURTNEY W. ANGELI**, OSB No. 941765
 courtney@baaslaw.com
**ROBIN BOWERFIND**, OSB No. 035949
 robin@baaslaw.com
Buchanan Angeli Altschul & Sullivan LLP
321 SW 4th Avenue, Suite 600
Portland, OR  97204
Telephone:  (503) 974-5015
Facsimile:  (971) 230-0337

Attorneys for Plaintiff John Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN DOE**, | Case No. 3:15-cv-00617-MO |
| Plaintiff, | |
| | **[PROPOSED] ORDER OF DISMISSAL** |
| v. | |
| **THE REED INSTITUTE (aka, Reed College)** and **JANE ROE**, | |
| Defendants. | |

IT IS SO ORDERED:

PAGE 1 – [PROPOSED] ORDER OF DISMISSAL

Based upon the Stipulated Motion for Judgment of Dismissal with Prejudice, this action is dismissed with prejudice and without costs or fees to any party.

DATED this _____day of June, 2016.

_____
MICHAEL W. MOSMAN
United States District Court

**PAGE 2 – [PROPOSED] ORDER OF DISMISSAL**