**DAVID H. ANGELI**, OSB No. 020244
 david@angelilaw.com
**KRISTEN L. TRANETZKI**, OSB. No. 115730
 kristen@angelilaw.com
Angeli Ungar Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR  97204
Telephone:  (503) 954-2232
Facsimile:  (503) 227-0880

**COURTNEY W. ANGELI**, OSB No. 941765
 courtney@baaslaw.com
**ROBIN BOWERFIND**, OSB No. 035949
 robin@baaslaw.com
Buchanan Angeli Altschul & Sullivan LLP
321 SW 4th Avenue, Suite 600
Portland, OR  97204
Telephone:  (503) 974-5015
Facsimile:  (971) 230-0337

Attorneys for Plaintiff John Doe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN DOE**, | Case No. 3:15-cv-00617-MO |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| **THE REED INSTITUTE (aka, Reed College)** and **JANE ROE**, | |
| Defendants. | |

   IT IS SO ORDERED:


  PAGE 1 – ORDER OF DISMISSAL

Based upon the Stipulated Motion for Judgment of Dismissal with Prejudice, this action is dismissed with prejudice and without costs or fees to any party.

DATED this   22   day of  June, 2016.

                                       /s/ Michael W. Mosman
                                       MICHAEL W. MOSMAN
                                       United States District Court